Jordan T. Porter
(CA Bar No. 250112)
jordan@nshmlaw.com
**NYE, STIRLING, HALE,
MILLER & SWEET, LLP**
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiff Frank Facio and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FACIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMARTE CARTE, INC.<br><br>Defendants. | CASE NO.: 3:23-cv-02294-H-MMP<br><br>**JOINT MOTION TO APPROVE CONSENT DECREE** |

Plaintiff, Frank Facio, and Defendant, Smarte Carte, Inc., jointly move this Honorable Court for approval of their Proposed Consent Decree, which was emailed on the date of this filing per the Court's Proposed Order requirements.

Dated: February 14, 2024          Respectfully Submitted,

*/s/ Jordan T. Porter*
Jordan T. Porter (CA Bar No. 250112)
jordan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER
& SWEET, LLP**
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

*Attorneys for Plaintiff Frank Facio and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 14th day of February, 2024.

>      */s/ Jordan T. Porter*
>      Jordan T. Porter