# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FACIO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>SMARTE CARTE, INC.,<br><br>                              Defendant. | Case No.: 3:23-cv-02294-H-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 8.] |

On March 4, 2024, the parties filed the present joint motion to dismiss the action in its entirety. (Doc. No. 8.) For good cause shown, the Court grants the joint motion and dismisses Plaintiff's individual claims with prejudice and Plaintiff's putative class claims without prejudice, each side to bear its own attorneys' fees and costs. The Court retains jurisdiction for the duration of the Settlement Agreement, to enforce the terms of the Settlement Agreement and the Consent Decree. (<u>See</u> Doc. No. 7 at 8, Consent Decree Section X(C).)

      **IT IS SO ORDERED.**

DATED: March 15, 2024

                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT